FILED

04/26/2021

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

United States.
FEDERAL DISTRICT
of
Cynthia Olinger Vanover   Southern Court

VS.

City of Shelbyville
& City Police Department
Unknown officers

1:20-cv-1043-JMS-MJD

1. Being arrested for things I have not done.
With Out the proper investigation fake arrest.

2. Freedom of speech more I talk about certain
things more I'm arrested.

3. Rape Reports not investigated correctly
and covered up per Hells angels involvement

4. Hells angels have Hit for Hire $10,000 on
my life and keep hurting my body, my
freedom, and family. Kill on site orders.

5. Mother(s) murder on Mel practice with
DPS covering up Deaths.

6. To prove Vanovers (x husband family)
Behind hit for hire orders & Mel practice
involvement with Calender girls covering
up Shelby County.

# Federal Law Suit

## United States
## Federal District
## of
## Southern Court

7. Shelby County system has thero confidential informants dealing Drugs & SETING US UP with there drugs and doing intrapement

8. Police officers was growing marijuana on a faem that got Robbed and how its causing myself Harm & set up fously & Do Sed by there actions and others to be set up also cause I let the infanut.

9. Prove the Hammer family heritage is the KKK family that is behind tryiing to kill me & set me up costing rhe false charges that some cops are working for covering up the wrongdoing in the Global System.

10. Cant save my own life anymore keep getting abused & the police Dept Refuses' to help me. And Sherrill Lacy Kicks me out of Shelbyville with no court orders Refuses to help me.

I affirm that the above information
is true to the best of my knowledge by
All penitties that All information is true

Cynthia Dinni Vanover
Cynthia Ninger Vanover