# Violation of my Civil Rights
## Federal Law Suit

CASE No. 1:16-CV-02624-LJM-TAB

1. False Arrest.

2. Sherriff Lacy kicked me out of town with out court order

3. City Refuses to help save my life

4. Sons of Silence set me up with Sherriff & costed me to be to be in Jail again

5. Hells Angels held mee hostage Refused to let mee go to court.

6. Shellbyville Police Department & City Sherriffs costed mee a failure to appear & new charges

X Cynthia Vinces
Vanover