Cynthia Olinger Vanover
This correspondence is from an inmate of Shelby County Jail. The Jail is not responsible for the contents of this letter.
107 W Taylor St.
Shelbyville, IN 46176

FILED
APR 26 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

INDIANAPOLIS IN 460
22 APR 2021 PM 6 L

Federal Building
USDC Clerks Office
E. Ohio St.
Indianapolis, In. 46204