THE OFFICE OF THE
**CLERK OF THE U.S. DISTRICT COURT**
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
3 MAY 2021 PM 5 L
28 APR 2021 PM 5 L

$ 000.51⁰

PITNEY BOWES

**FILED**

8573   APR 28 2021
FROM ZIP CODE 46204

( 1:21-cv-1043 )
CYNTHIA OLINGER VANOVER
107 W. Taylor St.
Shelbyville IN 46176

MAY 2 8 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**RECEIVED**
MAY 01 2021

**TURN TO SENDER**

NIXIE        530    SE 1        2205/22/21

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

9400922686140410              REF    BC: 46204199999    *2212-01457-28-37
46204>1999

46176-202807