UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAOPLIS DIVISION

| | |
|---|---|
| CYNTHIA OLINGER VANOVER, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| vs. | ) No. 1:21-cv-1043-JMS-MJD |
| | ) |
| CITY OF SHELBYVILLE, CITY POLICE DEPARTMENT, and UNKNOWN OFFICERS, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

On May 4, 2021, the Court screened *pro se* Plaintiff Cynthia Olinger Vanover's Complaint pursuant to 28 U.S.C. § 1915, dismissed the Complaint without prejudice, and ordered Ms. Vanover to file an Amended Complaint by June 4, 2021. [Filing No. 4.] The June 4 deadline has passed, and Ms. Vanover has not filed an Amended Complaint or otherwise responded to the Court's previous Order. The Court acknowledges that Ms. Vanover may not have received the Order, given that other mail sent to her by the Court at the address she provided has been returned as undeliverable. [*See* Filing No. 5.] However, Ms. Vanover has not filed a Notice of Change of Address or provided the Court with her updated contact information. Accordingly, this action is **DISMISSED without prejudice** for failure to prosecute and failure to comply with Court Orders. Final judgment shall issue accordingly.

Date: 6/10/2021

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

1

**Distribution via U.S. Mail to:**

Cynthia Olinger Vanover
Shelby County Jail
107 W. Taylor St.
Shelbyville, IN 46176