THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

14 JUN 2021 PM 7 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P      $ 000.51⁰
0000938573    JUN 14 2021
MAILED FROM ZIP CODE 46204



FILED

JUN 22 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

( 1:21-cv-1043 )
CYNTHIA OLINGER VANOVER
107 W. Taylor St.
Shelbyville IN 46176

RECEIVED

JUN 16 2021



NIXIE         462   FE  1         0006/22/21

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK   BC: 46204199999    *1612-05335-14-38

46204*1999
46176-20280